**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6227**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DAVID HILL,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:01-cr-00191-CMH-1)

_____

Submitted:  July 21, 2022                          Decided:  July 26, 2022

_____

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Hill, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill appeals the district court's omnibus order denying various postjudgment motions Hill filed in his criminal case.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the court's order.  *United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va. Jan. 26, 2022).  We deny Hill's motion for copies of the transcripts of his arraignment and pretrial hearings.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*